# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4735
_____

JOHN OSBORN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

May 22, 2019

PER CURIAM.

AFFIRMED.

WOLF, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John Osborn, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.